**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7977

LEROYAL GRAHAM,

Plaintiff - Appellant,

v.

GREENRY A. NEAL, Powhatan County Sheriff; HELEN F. FAHEY, VA
Parole Board (Chair); GENE JOHNSON, Director Department of
Correction,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:08-cv-00289-JBF-JEB)

Submitted: April 23, 2009          Decided: April 30, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

LeRoyal Graham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeRoyal Graham appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graham v. Fahey, No. 2:08-cv-00289-JBF-JEB (E.D. Va. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED